096-15

# ELECTRONIC RECORD

COA #14-13-00527-CR

OFFENSE: Poss of a Controlled Substance

STYLE: Michael Jermaine Williams v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 184th District Court

DATE: December 23, 2014    Publish: Yes

TC CASE #: 1350907

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Michael Jermaine Williams v The State of Texas

CCA # _____

_APPELLANT'S_    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 05/20/2015

JUDGE: Per Curiam

JOHNSON would grant

CCA Disposition: 096-15

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

ELECTRONIC RECORD